# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OSCAR ARTURO GONZALEZ FLORES,<br><br>　　　　Defendant. | 4:12MJ3054<br><br>DETENTION ORDER<br><br>COMPLAINT |

　　　　The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 5 (d)(3),

　　　　IT IS ORDERED,

　　　1)　　The above-named defendant shall be detained pending the preliminary hearing in this case.

　　　2)　　A preliminary hearing will be held on **August 28, 2012 at 10:00 a.m.** before the undersigned magistrate judge. Counsel for the government, defense counsel, and the defendant shall attend the hearing.

　　　　August 13, 2012　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　Cheryl R. Zwart
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge